

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00442-CV

**In the Interest J. R. W., a Child**

NO. 2013-02967J IN THE 314TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/23/2014 | EXEMPT | APE |
| MT FEE | $10.00 | 06/25/2014 | INDIGENT | ANT |
| RPT RECORD | $485.00 | 06/05/2014 | INDIGENT | STA |
| CLK RECORD | $144.00 | 06/05/2014 | INDIGENT | ANT |
| INDIGENT | $12.00 | 06/05/2014 | INDIGENT | STA |
| FILING | $195.00 | 06/02/2014 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $856.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**